**UNITED STATES BANKRUPTCY COURT**

**District of Connecticut
450 Main Street
7th Floor
Hartford, CT 06103**

In re: Dorota Hatzidakis and George Steven Hatzidakis

Case Number: 14–20985
Chapter: 13

Dear Sir or Madam:

This letter is to inform you that a Proof of Claim was filed in your name by the trustee on 10/10/2014 in the amount of $ 47671.90 .

Should you wish to dispute the claim, you will need to file a Proof of Claim Form and indicate "supercedes trustee claim" on the face of the claim form. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Your claim will supercede the claim filed by the trustee.

Dated: 10/14/14

*Gary M Gfell* (signature)

Clerk, U.S. Bankruptcy Court

cc: Dorota Hatzidakis and George Steven Hatzidakis , Debtor
  Susan M. Williams, Debtor's Attorney
  Molly T. Whiton, Trustee
  Carrington Mortgage Services , Creditor